FILED '11 FEB 03 13:30 USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| TAMERA J. URWIN, | Civil No. 6:09-CV-01131-TC |
| Plaintiff, | |
| v. | PROPOSED ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the parties' motions with respect to the issue of an award of

attorney fees in this matter, it is hereby ORDERED that attorney fees in the

amount of $5,625.09 shall be awarded to Plaintiff pursuant to the Equal Access to

Justice Act, 28 U.S.C. § 2412.

This award shall be paid to Plaintiff's attorney, dependent upon verification

that Plaintiff has no debt that qualifies for offset against the award, pursuant to the

Treasury Offset Program as discussed in *Astrue v. Ratliff*, ___ U.S. ___ (2010). If

Plaintiff has no such debt, then a check shall be made out to Plaintiff's attorney

and mailed to Plaintiff's attorney's office.  If Plaintiff has a debt, then a check for

any remaining funds, after offset of the debt, shall be made to Plaintiff and mailed

to Plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this ___3___ day of __Feb__ 2011.

_____

THOMAS M. COFFIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff

Page 2      ORDER [6:09-CV-01131-TC]